# Third District Court of Appeal
## State of Florida

Opinion filed January 31, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0045
Lower Tribunal No. 18-26523
_____

**Hilary Whittaker,**
Appellant,

vs.

**Heritage Property & Casualty Insurance Company,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Agnant & Lambdin, LLC, Keith J. Lambdin, Erik J. Willman, and Sarah E. Lam (Fort Lauderdale), for appellant.

Butler Weihmuller Katz Craig LLP, William B. Collum, and Mihaela Cabulea (Tampa), for appellee.

Before LOGUE, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

Affirmed. See §§ 624.155(3)(b)–(d), Fla. Stat. (2022).